**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ZEALOUS JONES MAYBERRY III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. H-03-5221 |
| | § | |
| MUNDY CONTRACT MAINTENANCE, | § | |
| INC., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Because of the Court's Memorandum and Order of today's date, **JUDGMENT IS**

**ENTERED** for Defendant.  *See* FED. R. CIV. P. 58(a).

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 16th day of August, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A
COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY
HAVE BEEN SENT ONE BY THE COURT